**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00354-CV

**WHITE NILE SOFTWARE, INC., Appellant**

**V.**

**JEFFREY M. TRAVIS, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17108**

## ORDER

Before the Court is appellant's October 2, 2020 unopposed motion for an extension of time to file its reply brief. We **GRANT** the motion and extend the time to **November 9, 2020**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE